UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DAVID ROWE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MO, et al.,<br><br>　　　　　Defendants. | Case No. 3:24-cv-03113-JSC<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff, who is representing himself, brought this action against Bank of America and a Mr. Mo. On May 30, 2024, Magistrate Judge Kim granted Plaintiff's in forma pauperis application and screened his complaint under 28 U.S.C. § 1915 because the nature of his claims and the basis for federal subject matter jurisdiction was unclear. (Dkt. No. 4.) Plaintiff was given until June 20, 2024 to file an amended complaint. He did not do so and the action was reassigned to the undersigned district judge. (Dkt. No. 7.) Plaintiff is ORDERED TO SHOW CAUSE as to why this action should not be dismissed for failure to prosecute in light of Plaintiff's failure to comply with the Court's Order and file an amended complaint. *See* Fed. R. Civ. Pro. 41(b). **Plaintiff shall file a written response to this order along with his amended complaint by September 19, 2024. If Plaintiff fails to do so, the Court may dismiss this action for failure to prosecute.**

As Plaintiff is without representation by a lawyer, he may wish to contact the Legal Help Center for free assistance by calling 415-782-8982 or emailing fedpro@sfbar.org.

**IT IS SO ORDERED.**

Dated: August 22, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge